Bob PORTER, on Behalf of Himself and All Others Similarly Situated; and Arkansas Executive Committee *v.* W. J. "Bill" McCUEN, Secretary of State

Coalition for a Healthier Arkansas, Inc.,
*Intervening Respondent*

92-940                                        839 S.W.2d 512

Supreme Court of Arkansas
Opinion delivered October 5, 1992

*Friday, Eldredge & Clark*, by: *Paul Benham III*, for petitioners.

*Winston Bryant*, Att'y Gen., by: *Ann Purvis*, Asst. Att'y Gen., for respondent.

*Mitchell, Blackstock & Simmons*, by: *Clayton R. Blackstock*, for intervening respondent.

PER CURIAM. Upon the "Expedited Motion" of CHAR, permission is hereby granted to offer proof on the validity of signatures alleged to have been improperly struck by the Secretary of State.